# <u>COLLECTIVE EXHIBIT B</u>

Twenty recorded examples of Suno directly infringing Reservoir's Works. Manually lodged with the Court.