# **COLLECTIVE EXHIBIT C**

Fourteen recorded examples of Suno directly infringing Reservoir's Works. Manually lodged with the Court.