Richard S. Busch (SBN 319881)
richard.busch@arlaw.com
Mark L. Block (SBN 115457)
mark.block@arlaw.com
Andrew H. "Drew" Davis (*pro hac vice* forthcoming)
drew.davis@arlaw.com
David Niemierzycki (*pro hac vice* forthcoming)
david.niemierzycki@arlaw.com
ADAMS & REESE, LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470

Jeffrey E. Faucette (SBN 193066)
jeff@skaggsfaucette.com
Martin R. Glick (SBN 40187)
marty@skaggsfaucette.com
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547

*Attorneys for Plaintiffs Reservoir Media Management, Inc., Reservoir Media Management (UK) Limited, and Shapiro, Bernstein & Co. Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESERVOIR MEDIA MANAGEMENT, INC.; RESERVOIR MEDIA MANAGEMENT (UK) LIMITED; SHAPIRO, BERNSTEIN & CO. LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC.,<br><br>Defendant. | Case Number: 4:26-cv-12305-HSG<br><br>**NOTICE OF MANUAL FILING OF DIGITAL MEDIA EXHIBITS (MP4 VIDEOS)**<br><br>**DEMAND FOR JURY TRIAL** |

# NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, Reservoir Media Management, Inc., Reservoir Media Management (UK) Limited and Shapiro, Bernstein & Co. Limited have manually filed and submitted digital media exhibits pursuant to Civil Local Rule 5-1(a)(4) and the Court's directives.

Due to the technical limitations of the standard CM/ECF system for non-PDF media formats, and in accordance with the 20-file restriction per transmission, these exhibits have been electronically transmitted in two (2) distinct batches via the secure, Court-designated Box link.

A complete inventory of the thirty-four (34) MP4 video files submitted via Box is attached hereto as "**Exhibit A: Master Exhibit Index**."

Pursuant to the Civil Standing Orders of the Honorable Judge Rita F. Lin for filings accompanied by more than ten (10) attachments, a physical flash drive containing the exact matching set of all thirty-four (34) MP4 video files has been prepared, labeled with the case information, and will be mailed to Chambers within three (3) court days of this filing.

Dated: November 11, 2026

*/s/ Richard S. Busch*

**ADAMS & REESE, LLP**
Richard S. Busch (SBN 319881)
Mark L. Block (SBN 115457)
Andrew H. "Drew" Davis (*pro hac vice* forthcoming)
David Niemierzycki (*pro hac vice* forthcoming)
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470
richard.busch@arlaw.com
mark.block@arlaw.com
drew.davis@arlaw.com
david.niemierzycki@arlaw.com

**SKAGGS FAUCETTE LLP**

Jeffrey E. Faucette (SBN 193066)
Martin R. Glick (SBN 40187)
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

*Attorneys for Plaintiffs Reservoir Media Management, Inc., Reservoir Media Management (UK) Limited, and Shapiro, Bernstein & Co. Limited*

**FILER'S ATTESTATION**

I, Richard S. Busch, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Richard S. Busch*
Richard S. Busch

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| **BATCH 1 (Exhibits B1-B-20)** | | |
| Ex. B-1 | “Bring Me To Life – Evanescence” Suno Output | Copyright Infringement Recording |
| Ex. B-2 | “Bring Me To Life” Suno Output | Copyright Infringement Recording |
| Ex. B-3 | “Bring Me to Life - Evanescence ( Male Orchestra Cover )” Suno Output | Copyright Infringement Recording |
| Ex. B-4 | “emo” Suno Output | Copyright Infringement Recording |
| Ex. B-5 | “Bring me to life” Suno Output | Copyright Infringement Recording |
| Ex. B-6 | “Evanescence - Bring Me to Life” Suno Output | Copyright Infringement Recording |
| Ex. B-7 | “bring me to life” Suno Output | Copyright Infringement Recording |
| Ex. B-8 | “Bring Me To Life” Suno Output | Copyright Infringement Recording |
| Ex. B-9 | “Let me Live” Suno Output | Copyright Infringement Recording |
| Ex. B-10 | “Evanescence - 'Bring Me To Life Remix Version” Suno Output | Copyright Infringement Recording |
| Ex. B-11 | “Evanescence - Bring Me To Life (Country cover)” Suno Output | Copyright Infringement Recording |
| Ex. B-12 | “Evanescence - Bring Me To Life (Herb-Sty Hardstyle Bootleg)” Suno Output | Copyright Infringement Recording |
| Ex. B-13 | “Evanescence - Bring Me To Life [Cyberphonk]” Suno Output | Copyright Infringement Recording |
| Ex. B-14 | “Bring Me To Life” Suno Output | Copyright Infringement Recording |
| Ex. B-15 | “Waiting for an Angel” Suno Output | Copyright Infringement Recording |
| Ex. B-16 | “Save a Horse ( Cover song )” Suno Output | Copyright Infringement Recording |
| Ex. B-17 | “bodies [drowning pool cover]” Suno Output | Copyright Infringement Recording |
| Ex. B-18 | “Going under” Suno Output | Copyright Infringement Recording |
| Ex. B-19 | “going under cover 'hoedown'” Suno Output | Copyright Infringement Recording |
| Ex. B-20 | “Life's been good' Suno Output” | Copyright Infringement Recording |

| BATCH 2 (Exhibits C1-C14) | | |
|---|---|---|
| Ex. C-1 | “Life's Been Good ( Cover )” Suno Output | Copyright Infringement Recording |
| Ex. C-2 | “A Case Of You” Suno Output | Copyright Infringement Recording |
| Ex. C-3 | “california cover” Suno Output The donald gets a Drum' Suno Output | Copyright Infringement Recording |
| Ex. C-4 | “The donald gets a Drum” Suno Output | Copyright Infringement Recording |
| Ex. C-5 | “Ring of Fire - Mexican Band Cover” Suno Output | Copyright Infringement Recording |
| Ex. C-6 | “Walk the line” Suno Output | Copyright Infringement Recording |
| Ex. C-7 | “Ring O'Fire 1” Suno Output | Copyright Infringement Recording |
| Ex. C-8 | “Ring of Fire” Suno Output | Copyright Infringement Recording |
| Ex. C-9 | “Ring of Fire(Rock Vers.)” Suno Output | Copyright Infringement Recording |
| Ex. C-10 | “Ring of Fire” Suno Output | Copyright Infringement Recording |
| Ex. C-11 | “Hooked on Music (Cover)" Suno Output | Copyright Infringement Recording |
| Ex. C-12 | “[music note and microphone emojis] Hard to be Humble [music note and microphone emojis]” Suno Output | Copyright Infringement Recording |
| Ex. C-13 | “Lithium DJ STARR REMIX” Suno Output | Copyright Infringement Recording |
| Ex. C-14 | “The Break Up Song Crystalized” Suno Output | Copyright Infringement Recording |